IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS CHAVEZ,

    Plaintiff,

v.                                                       No. 13-cv-0557 WJ/SMV

CITY OF ALBUQUERQUE, PATRICK FICKE,
JOE CHRISTMAN, GLEN STOUT,
DONALD LOPEZ, and SHANE TURPEN,

    Defendants.

**ORDER SETTING TELEPHONIC HEARING ON
REQUEST FOR LIMITED DISCOVERY UNDER RULE 56(D)**

**Date and time**:    March 5, 2014, at 3:00 p.m.

**Matter to be heard**:  Plaintiff's Request for Limited Discovery Pursuant to Fed. R. Civ. P. 56(d)

    [Docs. 28, 33]

A telephonic hearing on the pending request for limited discovery is hereby set for **March 5, 2014, at 3:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.