IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DENNIS CHAVEZ,**

    **Plaintiff,**

**v.**                                       **No. 13-cv-0557 WJ/SMV**

**CITY OF ALBUQUERQUE, PATRICK FICKE,**
**JOE CHRISTMAN, GLEN STOUT,**
**DONALD LOPEZ, and SHANE TURPEN,**

    **Defendants.**

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:      April 22, 2014, at 1:30 p.m.

**Matter to be heard**:  Plaintiff's Motion to Lift the Stay of Discovery [Doc. 50]

    **IT IS ORDERED** that a telephonic hearing on Plaintiff's Motion to Lift the Stay of Discovery [Doc. 50] is hereby set for **April 22, 2014, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
 **STEPHAN M. VIDMAR**
 **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.