IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DENNIS CHAVEZ,**

    **Plaintiff,**

v.                                                   No. 13-cv-0557 WJ/SMV

**CITY OF ALBUQUERQUE, PATRICK FICKE,
JOE CHRISTMAN, GLEN STOUT,
DONALD LOPEZ, and SHANE TURPEN,**

    **Defendants.**

## ORDER

THIS MATTER is before the Court sua sponte. On February 26, 2014, the Court stayed discovery in this matter pending ruling by the presiding judge on Defendants' Motion for Summary Judgment . . . on Qualified Immunity Grounds [Doc. 21] ("MSJ"). [Doc. 43]. The presiding judge issued his ruling on the MSJ on April 14, 2014. [Doc. 54]. He granted in part and denied in part the MSJ, and some claims against some parties will proceed. *Id.*

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the stay of discovery is **LIFTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Lift the Stay of Discovery [Doc. 50] is **DENIED as moot**. Accordingly, the telephonic hearing set for April 22, 2014, is **VACATED**.

**IT IS FURTHER ORDERED** that the Parties shall submit an amended Joint Status Report no later than **May 6, 2014**.

**IT IS FURTHER ORDERED** that a second telephonic Rule 16 Scheduling Conference will be held on **May 13, 2014, at 10:00 a.m.**, in order to reset the scheduling deadlines. Counsel shall call Judge Vidmar's "Meet Me" line at **505-348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.

2