IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS CHAVEZ,

    Plaintiff,

v.                                No. 13-cv-0557 WJ/SMV

CITY OF ALBUQUERQUE, PATRICK FICKE,
JOE CHRISTMAN, GLEN STOUT,
DONALD LOPEZ, and SHANE TURPEN,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    September 2, 2014, at 1:30 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **September 2, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.