IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DENNIS CHAVEZ,**

    **Plaintiff,**

vs.
                                                                                     1:13-cv-00557-WJ-SMV

**CITY OF ALBUQUERQUE,**
**Sergeant Patrick Ficke,**
**Commander Joe Christman,**
**Sergeant Glen Stout,**
**Detective Donald Lopez,**
**And ALBUQUERQUE FIRE DEPARTMENT**
**Lieutenant Shane Turpen,**
**All in their individual capacities,**

    **Defendants.**

## ORDER DENYING PLAINTIFF'S MOTION TO PARTIALLY RECONSIDER

**THIS MATTER** having come before the Court on October 23, 2014 for a telephonic hearing on Plaintiff's Motion to Partially Reconsider Memorandum Opinion and Order Regarding Plaintiff's First Motion to Compel [Doc. 96], Plaintiff appearing by KENNEDY KENNEDY & IVES, LLC, (Theresa V. Hacsi), and Defendants appearing by Assistant City Attorney, Kristin J. Dalton, and the Court being otherwise fully advised in the premises, **FINDS** that the motion is not well-taken.

    **IT IS HEREBY ORDERED:**

Plaintiff's Motion to Partially Reconsider Memorandum Opinion and Order Regarding Plaintiff's First Motion to Compel is hereby denied.

2

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**