IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DENNIS CHAVEZ,**

    Plaintiff,

v.                                                                  No. 13-cv-0557 WJ/SMV

**CITY OF ALBUQUERQUE, PATRICK FICKE,
JOE CHRISTMAN, GLEN STOUT,
DONALD LOPEZ, and SHANE TURPEN,**

    Defendants.[1]

### ORDER SETTING DEADLINE FOR
### THE CITY OF ALBUQUERQUE TO PRODUCE CERTAIN RECORDS

THIS MATTER is before the Court on its Order Granting in Part and Denying in Part Plaintiff's Motion to Compel the City of Albuquerque [Doc. 108], issued on October 28, 2014. The Court ordered third-party City of Albuquerque to respond to Plaintiff's subpoena of certain personnel records and internal affairs reports upon resolution of the confidentiality issues raised by defense counsel at oral argument. *Id.* at 2–3.  Those issues have been resolved by the parties Stipulated Confidentiality Order.  [Doc. 113].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that third-party City of Albuquerque must produce the records requested in the subpoena, as outlined in my previous order [Doc. 108], no later than **December 5, 2014**.

**IT IS SO ORDERED.**

                                                                                                                                                                                              **STEPHAN M. VIDMAR**
                                                                                                                                                                                              **United States Magistrate Judge**

---

[1] All claims against the City of Albuquerque appear to have been dismissed on April 14, 2014.  [Doc. 54].